B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jamat, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Mattress Source** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**74-3245021** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2597 BREAKWATER DRIVE**<br>**Imperial, MO**<br>ZIP Code **63052** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **5324 Aero Dr**<br>**Saint Louis, MO 63110** | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Jamat, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jamat, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Spencer P. Desai**
Signature of Attorney for Debtor(s)

**Spencer P. Desai 39877MO**
Printed Name of Attorney for Debtor(s)

**Desai Eggmann Mason LLC**
Firm Name

**7733 Forsyth Blvd., Suite 2075**
**Saint Louis, MO 63105**

_____
Address

           **Email: sdesai@demlawllc.com**
**314-881-0800  Fax: 314-881-0820**
Telephone Number

**June 13, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Barry Seidel**
Signature of Authorized Individual

**Barry Seidel**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**June 13, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Jamat, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Gold Business P.O. Box 650448 Dallas, TX 75265-0448 | American Express Gold Business P.O. Box 650448 Dallas, TX 75265-0448 | corporate credit card | | 105,382.48 |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | American Express P.O. Box 650448 Dallas, TX 75265-0448 | corporate credit card | | 6,099.86 |
| Breihan Properties LLC 8460 Watson Road, Ste. 220 Saint Louis, MO 63119 | Breihan Properties LLC 8460 Watson Road, Ste. 220 Saint Louis, MO 63119 | May rent | | 8,025.37 |
| Capes, Sokol, Goodman & Sarachan PC 7701 Forsyth Boulevard, Twelfth Floor Saint Louis, MO 63105 | Capes, Sokol, Goodman & Sarachan PC 7701 Forsyth Boulevard, Twelfth Floor Saint Louis, MO 63105 | legal fees | | 6,077.50 |
| Emmis Operating Company 25673 Network Place Chicago, IL 60673-1256 | Emmis Operating Company 25673 Network Place Chicago, IL 60673-1256 | advertising | | 45,224.00 |
| G & U VI St. Charles Retail, LLC C/o Amer Commercial Realty Corp 324 Datura St., Ste 102 West West Palm Beach, FL 33401 | G & U VI St. Charles Retail, LLC C/o Amer Commercial Realty Corp 324 Datura St., Ste 102 West Palm Beach, FL 33401 | rent | | 25,989.37 |
| HS Levy Residuary Trust Maxine Levy Trustee 701 S. HAnley Road Saint Louis, MO 63105 | HS Levy Residuary Trust Maxine Levy Trustee 701 S. Hanley Road Saint Louis, MO 63105 | May rent | | 2,210.00 |
| Jadco Properties, LLC 1703 Stifel Lane Drive Chesterfield, MO 63017 | Jadco Properties, LLC 1703 Stifel Lane Drive Chesterfield, MO 63017 | Rent | | 13,316.61 |
| KMOV PO Box 732414 Dallas, TX 77216 | KMOV PO Box 732414 Dallas, TX 77216 | advertising | | 11,995.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Jamat, LLC**   Case No.
   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KSDK Gannett Co Inc<br>PO Box 637378<br>Cincinnati, OH 45263-7378 | KSDK Gannett Co Inc<br>PO Box 637378<br>Cincinnati, OH 45263-7378 | advertising | | 43,050.00 |
| Loughborough Commons<br>25 N. Brentwood Blvd.<br>Saint Louis, MO 63105 | Loughborough Commons<br>25 N. Brentwood Blvd.<br>Saint Louis, MO 63105 | | | 4,314.04 |
| Midwest Sleep LLC<br>1000 S. Prospect Drive<br>Toledo, IA 52342 | Midwest Sleep LLC<br>1000 S. Prospect Drive<br>Toledo, IA 52342 | inventory | | 95,794.00 |
| New Visions Marketing<br>1858 Black Oak Drive<br>Farmington, MO 63640 | New Visions Marketing<br>1858 Black Oak Drive<br>Farmington, MO 63640 | advertising | | 2,254.52 |
| Overland Plaza, LLC<br>1963 Solution Center<br>Chicago, IL 60677 | Overland Plaza, LLC<br>1963 Solution Center<br>Chicago, IL 60677 | rent | | 11,608.33 |
| Pinnacle Accounting Group, LLC<br>3551 Evergreen Lane<br>Saint Louis, MO 63125 | Pinnacle Accounting Group, LLC<br>3551 Evergreen Lane<br>Saint Louis, MO 63125 | accountant | | 2,400.00 |
| Primo International<br>7000 Hochelagea<br>Montreal Quebec,, CA | Primo International<br>7000 Hochelagea | | | 33,447.00 |
| Restonic<br>718 West Chase Street<br>Springfield, MO 65803 | Restonic<br>718 West Chase Street<br>Springfield, MO 65803 | | | 62,901.93 |
| SM Properties, Edwardsville, LLC<br>25 N. Brentwood<br>Saint Louis, MO 63105 | SM Properties, Edwardsville, LLC<br>25 N. Brentwood<br>Saint Louis, MO 63105 | rent | | 13,938.39 |
| The O'Fallon Development, LLC<br>C/o Tkg Management, Inc<br>211 N. Stadium Blvd., Ste. 201<br>Columbia, MO 65203 | The O'Fallon Development, LLC<br>C/o Tkg Management, Inc<br>211 N. Stadium Blvd., Ste. 201<br>Columbia, MO 65203 | rent | | 14,573.29 |
| Unshippers<br>3337 North Hullen St. Ste. 300<br>Metairie, LA 70002 | Unshippers<br>3337 North Hullen St. Ste. 300<br>Metairie, LA 70002 | freight company | | 1,978.42 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Jamat, LLC**  
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 13, 2014**       Signature **/s/ Barry Seidel**  
                                                       **Barry Seidel**  
                                                       **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Jamat, LLC**                                                                     Case No.
                                   Debtor(s)                                              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case will be on an hourly basis at the rate of $325.00 per hour.  Attorney received $10,000.00 retainer from Debtor.  As of the Petition Date, Attorney has been paid the sum of $8,459.00 for services performed prior to the Petition Date.  Attorney is currently holding the sum of $1,541.00 as a retainer.

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of Debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and
   d. Representation of Debtors in adversary proceedings and other contested bankruptcy matters.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June 13, 2014**                          **/s/ Spencer P. Desai**
                                                  **Spencer P. Desai, #39877MO**
                                                  **Desai Eggmann Mason LLC**
                                                  **7733 Forsyth Boulevard, Suite 2075**
                                                  **St. Louis, MO 63105**
                                                  **314-881-0800   Fax: 314-881-0820**
                                                  **sdesai@demlawllc.com**

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Jamat, LLC**                                   Case No.
                          Debtor(s)                      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __4__ page(s) and is true, correct and complete.


**/s/ Barry Seidel**
**Barry Seidel**/**Member**
Signer/Title


Dated:   **June 13, 2014**

.

American Express
Gold Business
P.O. Box 650448
Dallas, TX 75265-0448

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Arsenal Credit Union
3780 Vogel Road
ATTN: Andrew Dodge
Arnold, MO 63010

Barry Seidel
2597 Breakwater Drive
Imperial, MO 63052

Breihan Properties LLC
8460 Watson Road, Ste. 220
Saint Louis, MO 63119

Capes, Sokol, Goodman & Sarachan PC
7701 Forsyth Boulevard, Twelfth Floor
Saint Louis, MO 63105

Crown Packaging Corporation
PO Box 17806M
Saint Louis, MO 63195

Current News Magazine LLC
P O Box 247
Pacific, MO 63110

Discovery First Aid & Safety Service
P O Box 21836
Saint Louis, MO 63109

Emmis Operating Company
25673 Network Place
Chicago, IL 60673-1256

G & U VI St. Charles Retail, LLC
C/o Amer Commercial Realty Corp
324 Datura St., Ste 102
West
West Palm Beach, FL 33401

HS Levy Residuary Trust
Maxine Levy Trustee
701 S. HAnley Road
Saint Louis, MO 63105

```
HS Levy Trust
701 Hanley Road
Saint Louis, MO 63105

Hubbard Radio St. Louis, LLC
11647 Olive Blvd. WXOSFM
Saint Louis, MO 63141

Jadco Properties, LLC
1703 Stifel Lane Drive
Chesterfield, MO 63017

James Robert Realty Investment Corp
3211 Lemay Ferry Road
Saint Louis, MO 63125

JERDI, LLC
2 Lawrence Drive
Saint Louis, MO 63141

KMOV
PO Box 732414
Dallas, TX 77216

KSDK Gannett Co Inc
PO Box 637378
Cincinnati, OH 45263-7378

Loughborough Commons
25 N. Brentwood Blvd.
Saint Louis, MO 63105

Loughborough Commons, LLC
c/o The DESCO Group
25 North Brentwood Blvd.
Saint Louis, MO 63105

Marlborough Development, LLC
8460 Watson Road
Suite 220
Saint Louis, MO 63119

Midwest Sleep LLC
1000 S. Prospect Drive
Toledo, IA 52342

New Visions Marketing
1858 Black Oak Drive
Farmington, MO 63640

Noctova Sleep
2597 Breakwater Srive
Imperial, MO 63052
```

```
Overland Plaza, LLC
1963 Solution Center
Chicago, IL 60677

Overland Plaza, LLC
c/o The Lipton Group, Inc.
7211 Delmar Blvd.
Saint Louis, MO 63130

Pinnacle Accounting Group, LLC
3551 Evergreen Lane
Saint Louis, MO 63125

Primo International
7000 Hochelagea
Montreal Quebec,, CA

Restonic
718 West Chase Street
Springfield, MO 65803

SM Properties, Edwardsville, LLC
25 N. Brentwood
Saint Louis, MO 63105

Suburban Industrial Packaging
1519 Tower Grove
Saint Louis, MO 63110

Sure Lock & Key
11019 Manchester Rd.
Saint Louis, MO 63122

The O'Fallon Development, LLC
C/o Tkg Management, Inc
211 N. Stadium Blvd., Ste. 201
Columbia, MO 65203

THF Arnold Triangle Development, LLC
c/o THF Realty, Inc.
2127 Innerbelt Business Center Dr.
Saint Louis, MO 63114

THF Eureka Development, LP
2127 Innerbelt Business Center Dr.
Saint Louis, MO 63114

THF Green Mount Development, LLC
c/o THF Realty, Inc.
2127 Innerbelt Business Center Dr.
Saint Louis, MO 63114
```

```
THF O'Fallon Development, LLC
c/o THF Realty, Inc.
2127 Innerbelt Business Center Dr.
Saint Louis, MO 63114

THF-S High Ridge Development, LLC
2127 Innerbelt Business Center Dr.
Saint Louis, MO 63114

Unshippers
3337 North Hullen St. Ste. 300
Metairie, LA 70002

Valerie Seidel
2597 Breakwater Drive
Imperial, MO 63052
```