UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Case No.:  14-44811-399 |
| | ) | Honorable Barry S. Schermer |
| JAMAT, LLC, | ) | Chapter 11 Proceeding |
| | ) | |
| Debtor. | ) | Hearing Date:  June 23, 2014 |
| | ) | Hearing Time:  9:30 a.m. |
| | ) | Hearing Location:  Courtroom 5 North |
| | ) | |
| | ) | Spencer P. Desai, Esq. |
| | ) | Danielle Suberi, Esq. |
| | ) | Desai Eggmann Mason LLC |
| | ) | 7733 Forsyth Boulevard, Suite 2075 |
| | ) | St. Louis, Missouri 63105 |
| | ) | (314) 881-0800 |
| | ) | sdesai@demlawllc.com |
| | ) | dsuberi@demlawllc.com |

### ORDER AUTHORIZING STORE CLOSING SALES PURSUANT TO 11 U.S.C. §363(B)

On June 17, 2014, Jamat, LLc (the "Debtor") filed a *Motion to Approve Store Closing Pursuant to 11 U.S.C. § 363(b)* (the "Motion").  On June 23, 2014, the Motion came before this Court for hearing. For the reasons set forth on the record,

IT IS HEREBY ORDERED THAT, the relief requested in the Motion is GRANTED;

The Debtor is hereby authorized to conduct a store closing sale pursuant to 11 U.S.C. §363(b) for the following locations:

A. 9120 Overland Plaza, Overland, Missouri  63114;

B. 330 Mid Rivers Mall Drive, St. Peters, Missouri  63376;

C. 3176 Telegraph Road, St. Louis, Missouri  63125.

IT IS FURTHER ORDERD THAT, within three (3) business days of entry of this Order, the Debtor shall serve a copy of this Order, and shall file a certificate of service within one (1) business day of service.

DATED:  July 2, 2014
St. Louis, Missouri

cke

Barry S. Schermer
United States Bankruptcy Judge

Order Prepared By:
Spencer P. Desai
Danielle Suberi
Desai Eggmann Mason LLC
7733 Forsyth Boulevard, Suite 2075
St. Louis, Missouri 63105
(314) 881-0800
(314) 881-0820 Fax
sdesai@demlawllc.com
dsuberi@demlawllc.com